

Entered on Docket
June 08, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

David M. Crosby, Esq.
Nevada Bar No. 003499
CROSBY & ASSOCIATES
711 S. 8th St.
Las Vegas, Nevada   89101
(702) 382-2600
Attorneys for Debtor

E-FILED

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re<br><br>**ARGEMINO DOMINGUEZ**<br><br>Debtor | Case No. BK-S-10-29572-LBR<br>Chapter 13<br>TRUSTEE: RICK YARNALL<br><br>Hearing Date: 05/12/2011<br>Hearing Time: 3:05 PM |

### ORDER TO MOTION TO RECONSIDER ORDER LIFTING STAY OR IN THE ALTERNATIVE MOTION TO RE-IMPOSE THE STAY

   The Court having heard the Motion to Reconsider Order Lifting Stay or in the Alternative Motion to Re-impose the Stay, submitted by the Debtor, Argemino Dominguez, by and through his attorney, DAVID M. CROSBY, ESQ., of the Law Firm of CROSBY & ASSOCIATES, with no opposition filed by Creditors and good cause appearing;

///

///

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. Order lifting stay to be withdraw by Lender's Counsel.

2. Trustee to release funds to US Bank National Association pursuant to Debtors plan, said funds to serve as Adequate protection until confirmation of the plan.

IT IS SO ORDERED.

Submitted by:


/s/David Crosby
David M. Crosby, Esq.
711 South Eighth Street
Las Vegas, NV 89101
Attorney for Debtor


Approved/Disapproved



Rick A. Yarnall, Trustee



###

**ALTERNATIVE METHOD RE: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_\_ The court has waived the requirement set forth in LR 9021 (b)(1).

    \_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

    \_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

    \_X\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order.

Submitted By:
CROSBY & ASSOCIATES

_____
David M. Crosby, Esq.